UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

v.                                        Case Nos.  5:21-cr-22-TKW-MAL
                                                                                 5:23-cv-8-TKW-MAL

JESUS LOPEZ-GARCIA,

    Defendant.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 85).  No objections were filed.

Upon due consideration of the Report and Recommendation and the entire case file, the Court agrees with the magistrate judge's determination that Defendant's §2255 motion should be denied on the merits without an evidentiary hearing and that a certificate of appealability should be denied.  Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant's §2255 motion (Doc. 74) is **DENIED**.

3. A certificate of appealability is **DENIED**.

4.  The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 11th day of August, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**